**People of the State of Illinois ex rel. the Department of Public Health, State of Illinois, Plaintiff-Appellee, v. Bud Brown, et al., Defendants-Appellants.**

Gen. No. 67–59.

Fifth District.

July 16, 1968.

Appeal dismissed.
Durr & Durr, of Edwardsville, for appellants; William G. Clark, Attorney General of State of Illinois, of Chicago (John J. O'Toole and Donald J. Veverka, Assistant Attorneys General, of counsel), for appellee. Opinion by JUSTICE GOLDENHERSH. Not to be published in full.